Adam Wade OWENS, Plaintiff–Appellant,

v.

Donnie HARRISON, Sheriff; P. Williams, Captain; D. Meredith, Lieutenant; A. Lucas, Sergeant, Defendants–Appellees.

No. 10–7019.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 20, 2011.

Decided: Feb. 8, 2011.

Adam Wade Owens, Appellant Pro Se. John Albert Maxfield, County Attorney's Office for the County of Wake, Raleigh, North Carolina, for Appellees.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Wade Owens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens v. Harrison,* No. 5:08–ct–03100–FL, 2010 WL 2680339 (E.D.N.C. July 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*